| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Antonio R. Espinosa, Esq.  0016211979 Andril & Espinosa, LLC 534 Westfield Avenue Elizabeth, New Jersey 07208 (908) 558-0100 andespbk@gmail.com | Case No.: 19-32453 Chapter: 13 |
| In Re: SIDULFO LAMBERT | Adv. No.: Hearing Date: Judge: RG |

## CERTIFICATION OF SERVICE

1. I, __Antonio R. Espinosa, Esq.__ :

    ☒ represent __the debtor__ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On __December 23, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    1. Amended Schedule E/F.
    2. Order Respecting Amendment to Schedule E/F.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 23, 2019__        /s/ Antonio R. Espinosa, Esq.
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Rd., Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Deutsche Bank National Trust<br>Formerly HSBC Mortgage<br>c/o Golab Law PLLC<br>100 Fisher Avenue, POB 118<br>White Plains, New York 10602 | Counsel For Docketed Judgment Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |