ANTONIO R. ESPINOSA
ANDRIL & ESPINOSA
534 WESTFIELD AVE
ELIZABETH, NJ 07208

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-32453

Re:  SIDULFO LAMBERT            Atty:  ANTONIO R. ESPINOSA
     310 FRANKLIN STREET               ANDRIL & ESPINOSA
     ELIZABETH, NJ 07206               534 WESTFIELD AVE
                                       ELIZABETH, NJ 07208

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/09/2020 | $300.00 | 108619616539 | | | |

**Total Receipts: $300.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $300.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 15.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN WATER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ATLANTIC AMBULANCE CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | DEUSTSCHE BANK NATIONAL TRUST | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | DISCOVER FIN SVCS LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | FIA CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | GMAC MORTGAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | HSBC MORTGAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | JPMCB CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 738.62 | 0.00% | 0.00 | 0.00 |
| 0013 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | PSE&G CO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | SANTANDER BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | SEARS/CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | TRINITAS EMERGENCY SOLUTION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO HOME MORTGAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 76.12 | 0.00% | 0.00 | 0.00 |
| 0026 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | WILMINGTON SAVINGS FUND SOCIETY F | SECURED | 87,209.47 | 0.00% | 0.00 | 0.00 |

**Total Paid: $15.60**
See Summary

**Chapter 13 Case # 19-32453**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $300.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $15.60    =    Funds on Hand: $284.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.