Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19–32453–RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sidulfo Lambert
   310 Franklin Street
   Elizabeth, NJ 07206

Social Security No.:
   xxx–xx–7249

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Sidulfo Lambert the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 2/26/20.

Santander Bank


Dated: February 26, 2020
JAN: mlc

                                          Jeanne Naughton
                                          Clerk