UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Antonio R Espinosa, Esq.
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07203
andespbk@gmail.com
(908) 558-0100
Attorney for the Debtor

In Re:

Sidulfo Lambert,
            (Debtor).

Case No.: 19-32453

Chapter: 13

Adv. No.: 

Hearing Date: 4/1/2020@8:30am

Judge: RG

## CERTIFICATION OF SERVICE

1. I, __Antonio R Espinosa__ :

   ☒ represent __debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __3/3/2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   (i) Notice of Transmittal Letter
   (ii) First Amended Proposed Plan
   (iii) BPOs

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/3/2020                           /s/ Antonio R Espinosa
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann-Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society<br>c/o Franklin Credit Management Corp<br>Attn: Managing Officer<br>P.O. Box 2301<br>Jersey City, NJ 07303 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Bank<br>Attn: Managing Officer<br>865 Brook Street<br>Rocky Hill, CT 06067 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society<br>Parker McCay PA<br>9000 Midatlantic Drive<br>Suite 300<br>Mt. Laurel, NJ 08054 | Counsel for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*