Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–32453–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sidulfo Lambert
310 Franklin Street
Elizabeth, NJ 07206

Social Security No.:
xxx–xx–7249

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/1/19 and a confirmation hearing on such Plan has been scheduled for 1/28/20.

The debtor filed a Modified Plan on 2/29/20 and a confirmation hearing on the Modified Plan is scheduled for 4/1/20 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 2, 2020
JAN: wdh

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                                  Case No. 19-32453-RG
Sidulfo Lambert                                                         Chapter 13
         Debtor                   **CERTIFICATE OF NOTICE**

```
District/off: 0312-2         User: admin                 Page 1 of 2                  Date Rcvd: Mar 02, 2020
                             Form ID: 186                Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
```
db             +Sidulfo Lambert,    310 Franklin Street,    Elizabeth, NJ 07206-1603
518595934      +American Water,    c/o Liberty Water Company,    P.O.Box 371852,    Pittsburgh, PA 15250-7852
518595935      +Atlantic Ambulance Corp,    P.O. Box 949,    Matawan, NJ 07747-0949
518595936     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
518595937      +Deustsche Bank National Trust,    60 Wall Street,    New York, NY 10005-2858
518595938      +Deutsche Bank National Trust,    c/o Frenkel Lambert Weiss, et al,    80 Main Street,   Ste. 460,
                 West Orange, NJ 07052-5414
518630656      +Deutsche Bank National Trust,    formerly HSBC Mortgage,    c/o Golab Law PLLC,
                 100 Fisher Avenue, POB 118,    White Plains, NY 10602-0118
518595941      +Friedman Vartolo LLP,    1325 Franklin Avenue,    Garden City, NY 11530-1666
518595942      +GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
518595943      +HSBC Mortgage,    Attn: Bankruptcy Section,    P.O. Box 9068,    Brandon, FL 33509-9068
518595946      +MTGLQ Investors LP,    200 W Street,    New York, NY 10282-2102
518595947      +New Jersey Lenders Corp,    Attn: Bankruptcy Section,    219 Paterson Avenue,
                 Little Falls, NJ 07424-4600
518595950      +PSE&G Co,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
518595949       Patricia Lambert,    202 Halsted Road,    Orocovis, PR 00720-8000
518595948      +Patricia Lambert,    202 Halsted Road,    Elizabeth, NJ 07208-1116
518704442      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
518595951      +Santander Bank,    865 Brook Street,    Rocky Hill, CT 06067-3444
518732948      +Santander Bank,    10-421-CP2,    450 Penn Street,    Reading, PA 19602-1011
518595952      +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518681110      +Summit Oaks Hospital,    Apex Asset Management, Inc,    PO Box 5407,    Lancaster, PA 17606-5407
518595953      +Trinitas Emergency Solution,    c/o Amerifinancial Solution,    P.O. Box 602570,
                 Charlotte, NC 28260-2570
518595956      +Wells Fargo Home Mortgage,    Attn: Bankrupcty Section,    P.O. Box 10335,
                 Des Moines, IA 50306-0335
518660187      +Wilmington Savings Fund Society, FSB, et al,    c/o Franklin Credit Management,
                 P.O. Box 829629,    Philadelphia, PA 19182-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2020 01:02:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2020 01:02:14       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518607519       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:04:27
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518595939      +E-mail/Text: mrdiscen@discover.com Mar 03 2020 01:00:46      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
518595944       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 03 2020 01:05:48       Jpmcb Card,
                 Po Box 15298,    Wilmington, DE 19850
518607052       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:05:14       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518595945      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:04:26
                 Lvnv Funding Llc - Credit One Bank,    C/o Resurgent Capital Services,    P.O. Box 10584,
                 Greenville, SC 29603-0584
518676831      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2020 01:06:14       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518595954      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 03 2020 01:00:26
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
518743750      +E-mail/Text: bankruptcynotice@franklincredit.com Mar 03 2020 01:01:22
                 Wilmington Savings Fund,    c/o Franklin Credit Mngmnt Corp,    PO Box 2301,
                 Jersey City, NJ 07303-2301
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518595940*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Fia Card Services,     Po Box 982238,    El Paso, TX 79998)
518595955*     +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2            User: admin               Page 2 of 2               Date Rcvd: Mar 02, 2020
                                Form ID: 186              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
              Antonio R. Espinosa    on behalf of Debtor Sidulfo  Lambert Andespbk@gmail.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1
               bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```