**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |
|---|---|---|---|---|---|

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                           Case No.:          19-32453

Sidulfo Lambert                                              Judge:              RG

         Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date:  2/24/2020

☒ Motions Included          ☐ Modified/No Notice Required

### THE DEBTOR HAS FILED FOR RELIEF UNDER
### CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:    AE          Initial Debtor:    SD          Initial Co-Debtor: _____

## Part 1:   Payment and Length of Plan

a. The debtor shall pay $ _____ 600.00 _____ per _____ Month _____ to the Chapter 13 Trustee, starting on _____ 1/1/2020 _____ for approximately _____ 60 _____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☐    Future earnings

    ☒    Other sources of funding (describe source, amount and date when funds are available):
Pension, Social Security and Rental Incomes

c. Use of real property to satisfy plan obligations:

    ☐  Sale of real property
    Description:

    Proposed date for completion: _____

    ☐  Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☒  Loan modification with respect to mortgage encumbering property:
    Description: 308-310 Franklin Street, Elizabeth, NJ
    Proposed date for completion: 4/4/2020 _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

     a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b.  Adequate protection payments will be made in the amount of $ ___2,625.00___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: __Rushmore Loan Management Service__ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $0.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| MTGLQ Investors LP c/o Rushmore Loan Management Service | 308-310 Franklin Street, Elizabeth, NJ | $126,945.12 | 0.00% | $0.00 | $2,625.00 (to be paid directly to creditor as adequate protection monthly payment during the loss mitigation review) |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Wilmington Savings Fund Society | 308-310 Franklin Street, Elizabeth, NJ | $87,210.00 | $400,000.00 | MTGLQ Investors LP

Santander Bank | $311,917.32

$28,57.00 | 0.00%

0.00% | As per Confirmed Plan as General Unsecured Creditor |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**:  ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

---

### Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Wilmington Savings Fund Society | 308-310 Franklin Street, Elizabeth, NJ | Docketed Judgment | $87,210.00 | $400,000.00 | $25,150.00 | $340,431.00 | $52,793.00 |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Wilmington Savings Fund Society | 308-310 Franklin Street, Elizabeth, NJ | $87,210.00 | $400,000.00 | MTGLQ Investors LP | $311,917.32 | $87,210.00 |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) GeneralUnsecured Creditors _____

3) _____

4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 2/24/2020 _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To make some required changes under section 7 of the plan | Made revisions to the applicable sections under section 7 of the plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒  Yes    ☐  No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 2/24/2020 _____          /s/ Sidulfo Lambert _____
                                                 Debtor

Date: _____                 _____
                                                 Joint Debtor

Date: 2/24/2020 _____          /s/ Antonio R Espinosa _____
                                                 Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-32453-RG
Sidulfo Lambert                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Mar 02, 2020
                             Form ID: pdf901       Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db          +Sidulfo Lambert,   310 Franklin Street,   Elizabeth, NJ 07206-1603
518595934   +American Water,   c/o Liberty Water Company,   P.O.Box 371852,   Pittsburgh, PA 15250-7852
518595935   +Atlantic Ambulance Corp,   P.O. Box 949,   Matawan, NJ 07747-0949
518595936   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
518595937   +Deutsche Bank National Trust,   60 Wall Street,   New York, NY 10005-2858
518595938   +Deutsche Bank National Trust,   c/o Frenkel Lambert Weiss, et al,   80 Main Street,   Ste. 460,
             West Orange, NJ 07052-5414
518630656   +Deutsche Bank National Trust,   formerly HSBC Mortgage,   c/o Golab Law PLLC,
             100 Fisher Avenue, POB 118,   White Plains, NY 10602-0118
518595941   +Friedman Vartolo LLP,   1325 Franklin Avenue,   Garden City, NY 11530-1666
518595942   +GMAC Mortgage,   P.O. Box 4622,   Waterloo, IA 50704-4622
518595943   +HSBC Mortgage,   Attn: Bankruptcy Section,   P.O. Box 9068,   Brandon, FL 33509-9068
518595946   +MTGLQ Investors LP,   200 W Street,   New York, NY 10282-2102
518595947   +New Jersey Lenders Corp,   Attn: Bankruptcy Section,   219 Paterson Avenue,
             Little Falls, NJ 07424-4600
518595950   +PSE&G Co,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
518595949    Patricia Lambert,   202 Halsted Road,   Orocovis, PR 00720-8000
518595948   +Patricia Lambert,   202 Halsted Road,   Elizabeth, NJ 07208-1116
518704442   +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004
518595951   +Santander Bank,   865 Brook Street,   Rocky Hill, CT 06067-3444
518732948   +Santander Bank,   10-421-CP2,   450 Penn Street,   Reading, PA 19602-1011
518595952   +Sears/cbna,   Po Box 6217,   Sioux Falls, SD 57117-6217
518681110   +Summit Oaks Hospital,   Apex Asset Management, Inc,   PO Box 5407,   Lancaster, PA 17606-5407
518595953   +Trinitas Emergency Solution,   c/o Amerifinancial Solution,   P.O. Box 602570,
             Charlotte, NC 28260-2570
518595956   +Wells Fargo Home Mortgage,   Attn: Bankrupcty Section,   P.O. Box 10335,
             Des Moines, IA 50306-0335
518660187   +Wilmington Savings Fund Society, FSB, et al,   c/o Franklin Credit Management,
             P.O. Box 829629,   Philadelphia, PA 19182-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2020 01:02:18   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2020 01:02:14   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518607519    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:05:16
             Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
518595939   +E-mail/Text: mrdiscen@discover.com Mar 03 2020 01:00:46   Discover Fin Svcs Llc,   Pob 15316,
             Wilmington, DE 19850-5316
518595944    E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 03 2020 01:05:49   Jpmcb Card,
             Po Box 15298,   Wilmington, DE 19850
518607052    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:05:16   LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518595945   +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:05:17
             Lvnv Funding Llc - Credit One Bank,   C/o Resurgent Capital Services,   P.O. Box 10584,
             Greenville, SC 29603-0584
518676831   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2020 01:06:14   Verizon,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518595954   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 03 2020 01:00:28
             Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
518743750   +E-mail/Text: bankruptcynotice@franklincredit.com Mar 03 2020 01:01:22
             Wilmington Savings Fund,   c/o Franklin Credit Mngmnt Corp,   PO Box 2301,
             Jersey City, NJ 07303-2301
                                                                              TOTAL: 10


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518595940*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Fia Card Services,   Po Box 982238,   El Paso, TX 79998)
518595955*  +Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Mar 02, 2020
                                 Form ID: pdf901          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 29, 2020 at the address(es) listed below:
          Antonio R. Espinosa   on behalf of Debtor Sidulfo  Lambert Andespbk@gmail.com
          Brian E Caine   on behalf of Creditor   Wilmington Savings Fund Society, FSB, not in its
           individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5
```