UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Antonio R Espinosa, Esq.
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07208
(908) 558-0100
andespbk@gmail.com
Attorney for the Debtor

In Re:
Sidulfo Lambert,
      (Debtor).

Case No.:     19-32453
Chapter:     13
Hearing Date:    
Judge:     RG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: First Modified Chapter 13 Plan, docket #39

_____

Date: 3/5/2020            /s/ Antonio R Espinosa
                                                        Signature

*rev.8/1/15*