| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Antonio R Espinosa, Esq.<br>ANDRIL & ESPINOSA, LLC<br>534 Westfield Avenue,<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>andespbk@gmail.com<br>Attorney for the Debtor | Case No.: 19-32453<br><br>Chapter: 13 |
| In Re:<br><br>Sidulfo Lambert,<br>          (Debtor). | Adv. No.: _____<br><br>Hearing Date: 4/15/2020@8:30am<br><br>Judge: RG |

## CERTIFICATION OF SERVICE

1. I, __Antonio R Espinosa__ :

    ☒ represent __debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __3/14/2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    (i) Notice of Chapter 13 PlanTransmittal Letter
    (ii) Second Modified Chapter 13 Proposed Plan
    (iii) Brokers Price Opinions for 308 Franklin St., Elizabeth, NJ and 310 Franklin St., Elizabeth, NJ

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __3/14/2020__                    /s/ Antonio R Espinosa
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann-Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society<br>c/o Franklin Credit Management Corp<br>Attn: Managing Officer<br>P.O. Box 2301<br>Jersey City, NJ 07303 | Servicer for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Bank<br>Attn: Managing Officer<br>865 Brook Street<br>Rocky Hill, CT 06067 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wilmington Savings Fund Society<br>c/o Parker McCay PA<br>9000 Midatlantic Drive<br>Suite 300<br>Mt. Laurel, NJ 08054 | Counsel for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*