UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Antonio R Espinosa, Esq.
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07208
(908) 558-0100
andespbk@gmial.com

**Order Filed on April 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Sidulfo Lambert,
 (Debtor).

Case No.: 19-32453

Chapter: 13

Judge: RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 8, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  12/26/2019          :

Property:        308-310 Franklin Street, Elizabeth, NJ 07206

Creditor:        MTGLQ Investors, LP

and a Request for

[X]  Extension of the Loss Mitigation Period having been filed by  debtor                    , and for good cause shown,

[ ]  Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X]  The Loss Mitigation Period is extended up to and including  7/2/2020                   .

[ ]  The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*