UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Antonio R Espinosa, Esq.
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07208
(908) 558-0100
andespbk@gmail.com

**Order Filed on July 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Sidulfo Lambert,
         (Debtor).

Case No.: 19-32453

Chapter: 13

Judge: RG

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  12/26/2019  :

Property:    308-310 Franklin Street, Elizabeth, NJ 07206

Creditor:    MTGLQ Investors, LP

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  10/02/2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Sidulfo Lambert  
       Debtor

Case No. 19-32453-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1          Date Rcvd: Jul 01, 2020  
                       Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.  
db          +Sidulfo Lambert,    310 Franklin Street,    Elizabeth, NJ 07206-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:  
        Antonio R. Espinosa    on behalf of Debtor Sidulfo  Lambert Andespbk@gmail.com  
        Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its  
         individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1  
         bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com  
        Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 5