UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Antonio R Espinosa, Esq.
ANDRIL & ESPINOSA, LLC
534 Westfield Avenue
Elizabeth, NJ 07208
andespbk@gmail.com
Attorney for the Debtor

**Order Filed on October 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Sidulfo Lambert,
        (Debtor).

Case No.: 19-32453

Chapter: 13

Judge: RG

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 6, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  7/1/2020 :

Property:  308-310 Franklin Street, Elizabeth, NJ 07206

Creditor:  MTGLQ Investors, LP

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by  _____ , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  01/02/2021 .

☐ The Loss Mitigation Period is terminated, effective  _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32453-RG |
| Sidulfo Lambert | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

**Recip ID         Recipient Name and Address**
db              + Sidulfo Lambert, 310 Franklin Street, Elizabeth, NJ 07206-1603

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

**Name**                **Email Address**

Antonio R. Espinosa
                        on behalf of Debtor Sidulfo Lambert Andespbk@gmail.com

Brian E Caine
                        on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
                        on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5