| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| KML Law Group, P.C.<br>By: Denise Carlon, Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor: MTGLQ Investors, LP | |
| In Re:<br>　Sidulfo Lambert<br>　　　　　Debtor(s) | Case No.:　19-32453 RG<br><br>Judge:　Rosemary Gambardella<br><br>Chapter:　13 |

Order Filed on January 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on :

Property:    308 Franklin Street Elizabeth, NJ 07206
Creditor:    MTGLQ Investors, LP

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by MTGLQ Investors, LP and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.