Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−32453−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sidulfo Lambert
   310 Franklin Street
   Elizabeth, NJ 07206

Social Security No.:
   xxx−xx−7249

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/24/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 26, 2021
JAN: slm

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-32453-RG
Sidulfo Lambert                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                                             Page 1 of 3
Date Rcvd: Feb 26, 2021                         Form ID: 148                                            Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sidulfo Lambert, 310 Franklin Street, Elizabeth, NJ 07206-1603 |
| 518595934 | + | American Water, c/o Liberty Water Company, P.O.Box 371852, Pittsburgh, PA 15250-7852 |
| 518595935 | + | Atlantic Ambulance Corp, P.O. Box 949, Matawan, NJ 07747-0949 |
| 518595937 | + | Deustsche Bank National Trust, 60 Wall Street, New York, NY 10005-2858 |
| 518595938 | + | Deutsche Bank National Trust, c/o Frenkel Lambert Weiss, et al, 80 Main Street, Ste. 460, West Orange, NJ 07052-5414 |
| 518630656 | + | Deutsche Bank National Trust, formerly HSBC Mortgage, c/o Golab Law PLLC, 100 Fisher Avenue, POB 118, White Plains, NY 10602-0118 |
| 518595941 | + | Friedman Vartolo LLP, 1325 Franklin Avenue, Garden City, NY 11530-1666 |
| 518595942 | + | GMAC Mortgage, P.O. Box 4622, Waterloo, IA 50704-4622 |
| 518595943 | + | HSBC Mortgage, Mail Stop NOE 1290, One Corporate Drive, Lake Zurich, IL 60047-8944 |
| 518595946 | + | MTGLQ Investors LP, 200 W Street, New York, NY 10282-2102 |
| 518595947 | + | New Jersey Lenders Corp, Attn: Bankruptcy Section, 219 Paterson Avenue, Little Falls, NJ 07424-4600 |
| 518595950 | + | PSE&G Co, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518595949 | | Patricia Lambert, 202 Halsted Road, Orocovis, PR 00720-8000 |
| 518595948 | + | Patricia Lambert, 202 Halsted Road, Elizabeth, NJ 07208-1116 |
| 518704442 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518595951 | + | Santander Bank, 865 Brook Street, Rocky Hill, CT 06067-3444 |
| 518732948 | + | Santander Bank, 10-421-CP2, 450 Penn Street, Reading, PA 19602-1011 |
| 518681110 | + | Summit Oaks Hospital, Apex Asset Management, Inc, PO Box 5407, Lancaster, PA 17606-5407 |
| 518595953 | + | Trinitas Emergency Solution, 225 Williamson St, Elizabeth, NJ 07202-3625 |
| 518660187 | + | Wilmington Savings Fund Society, FSB, et al, c/o Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-9629 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2021 21:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2021 21:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518607519 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2021 21:51:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518595940 | | EDI: BANKAMER.COM | Feb 27 2021 01:33:00 | Fia Card Services, Po Box 982238, El Paso, TX 79998 |
| 518595936 | | EDI: BANKAMER.COM | Feb 27 2021 01:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518595939 | + | EDI: DISCOVER.COM | Feb 27 2021 01:33:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518595944 | | EDI: JPMORGANCHASE | Feb 27 2021 01:33:00 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 518607052 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2021 21:51:44 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-32453-RG    Doc 82    Filed 02/28/21    Entered 03/01/21 00:23:14    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 148 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 518595945 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2021 21:53:51 | Lvnv Funding Llc - Credit One Bank, C/o Resurgent Capital Services, P.O. Box 10584, Greenville, SC 29603-0584 |
| 518595952 | + | EDI: CITICORP.COM | Feb 27 2021 01:33:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518676831 | + | EDI: AIS.COM | Feb 27 2021 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518595954 | + | EDI: VERIZONCOMB.COM | Feb 27 2021 01:33:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 518595956 | + | EDI: WFFC.COM | Feb 27 2021 01:38:00 | Wells Fargo Home Mortgage, Attn: Bankrupcty Section, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 518743750 | + | Email/Text: bankruptcynotice@franklincredit.com | Feb 26 2021 21:38:00 | Wilmington Savings Fund, c/o Franklin Credit Mngmnt Corp, PO Box 2301, Jersey City, NJ 07303-2301 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518595955 | *+ | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

**Name**              **Email Address**

Antonio R. Espinosa
    on behalf of Debtor Sidulfo Lambert Andespbk@gmail.com

Brian E Caine
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
    on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Feb 26, 2021 Form ID: 148 Total Noticed: 34
TOTAL: 5